1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN EDWARD FINLEY,                    No. 2:19-cv-0101-EFB P

12                 Petitioner,

13        v.                               ORDER

14   CALIFORNIA FORENSIC MEDICAL
     GROUP, et al.,
15
                  Respondents.
16

17

18        Petitioner is a county jail inmate without counsel seeking a writ of habeas corpus pursuant

19   to 28 U.S.C. § 2254.  However, he has neither filed an in forma pauperis affidavit nor paid the

20   required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the

21   opportunity to either submit the appropriate affidavit in support of a request to proceed in forma

22   pauperis or submit the appropriate filing fee.

23        In accordance with the above, IT IS HEREBY ORDERED that:

24        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in

25           support of his request to proceed in forma pauperis or the appropriate filing fee;

26           petitioner's failure to comply with this order may result in this action being dismissed;

27           and

28   /////

1    2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2         form used by this district.

3   Dated:  January 18, 2019.

4                                         EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28